KEITH H. RUTMAN (CSB 14175)
501 West Broadway, Ste 1650
San Diego, California 92101-3541
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
E-mail: krutman@krutmanlaw.com

Attorney for Plaintiff
TODD ROSENSCHEIN

FERGUSON, PRAET & SHERMAN, APC
PETER FERGUSON SBN 108297
ALLEN CHRISTIANSEN SBN 263651
G. CRAIG SMITH SBN 265676
achristiansen@law4cops.com
csmith@law4cops.com
1631 E. 18th Street
Santa Ana, California 92705
Telephone: (714) 953-5300
Facsimile: (714) 953-1143

Attorneys for Defendants
CITY OF MURIETTA and
MURRIETA POLICE OFFICERS
MIKOWSKI AND SFORZINI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
(Hon. Fernando M. Olguin)

| | |
|---|---|
| TODD ROSENSCHEIN,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF MURIETTA, MURIETTA POLICE OFFICERS MIKOWSKI (#102), SFORZINI (Id. unknown), and DOES 1-15,<br><br>   Defendants. | Case No. 5:16-cv-2102-FMO (DTBx)<br><br>JOINT STATUS REPORT<br>(No. 3) |

   COME NOW the parties, by and through their attorneys and pursuant to the Order of the Court dated November 3, 2016 (Doc. 14), hereby report as follows on the status of state court criminal proceedings pending against Plaintiff in Riverside Superior Court case number SWF1600966.

On May 3, 2017, a motion to suppress evidence and a preliminary hearing were conducted before the Hon. Kelly Hansen, Superior Court Judge for the County of Riverside. The motion to suppress evidence was denied and Defendant held to answer on two charges: Penal Code §§ 30605(a)(unlawful possession of an assault weapon) and 32310(a)(possession of a high capacity magazine).

Further proceedings were held on August 24, 2017 and the matter continued to October 3, 2017 @ 8:30 a.m. The case has not yet resolved.

Plaintiff is not yet prepared to address the applicability of <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994) given that the matter is still pending.

Respectfully Submitted,

Dated: September 1, 2017        /s Keith H. Rutman
KEITH H. RUTMAN
Attorney for Plaintiff
Email: krutman@krutmanlaw.com

Dated: September 1, 2017        FERGUSON, PRAET & SHERMAN, APC
By: s/ G. Craig Smith
G. CRAIG SMITH
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on September 1, 2017 I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing (ECF) system of the Court, and thereby served it on all counsel of record in this case.

Dated: September 1, 2017        /s Keith H. Rutman
KEITH H. RUTMAN
Attorney for Plaintiff
Email: krutman@krutmanlaw.com