**FERGUSON, PRAET & SHERMAN, APC**
ALLEN CHRISTIANSEN SBN 263651
achristiansen@law4cops.com
1631 E. 18th Street
Santa Ana, California 92705
(714) 953-5300 • Fax (714) 953-1143

Attorneys for Defendants
CITY OF MURIETTA, and MURRIETTA POLICE OFFICERS MIKOWSKI AND SFORZINI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROSENSCHEIN </br></br>Plaintiff, </br></br> vs. </br></br> CITY OF MURIETTA, MURIETTA POLICE OFFICERS MIKOWSKI, SFORZINI, and DOES 1 to 15. </br></br> Defendants. | No. 5:16-cv-02102 FMO (DTBx) </br></br> Hon. Fernando M. Oguin </br></br> **DEFENDANTS' REQUEST TO LIFT STAY;** |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants in this matter hereby request that the stay of this civil matter be lifted on the grounds that the criminal matter relating to this case, <u>People v. Rosenschein</u>, Case No. SWF1600966 (Riverside Cty. Super. Ct. 2016), has been resolved with Todd Rosenschein being found guilty by jury.

///

1

DEFENDANTS' REQUEST TO LIFT STAY

As such, Defendants request that this Court issue an order lifting the stay and allowing no less than 21 days for Defendants to meet and confer and file any motions and/or responsive pleadings.

DATED: October 9, 2018     FERGUSON, PRAET & SHERMAN, APC

/s/ Allen Christiansen
Allen Christiansen, SBN 263651
Attorneys for Defendants City of Murrieta,
Murrieta Police Officers Mikowski and Sforzini

## DECLARATION OF ALLEN CHRISTIANSEN

I, ALLEN CHRISTIANSEN, declare as follows:

1. I am an attorney at law authorized to practice law before all the courts of the State of California, the State of Hawaii and the United States Supreme Court and am an associate at the Law Offices of Ferguson, Praet & Sherman, A Professional Corporation, which is the attorney of record for the Defendants City of Murrieta and Officers Mikowski and Sfozini. The following declaration is made from personal knowledge and if I were called upon as a witness, I could and would competently testify under oath to the facts stated below in this declaration.

2. I have been continuing to review the status of the related criminal matter of People v. Rosenschein, Case No. SWF1600966 (Riverside Cty. Super. Ct. 2016) pending a final resolution of that matter.

3. I am aware that the matter went to trial beginning October 2, 2018 and that a jury verdict was reach on October 5, 2018 with a finding of guilt as against Defendant Todd Rosenschein, who is the Plaintiff in this civil matter.

4. Filed herewith as **Exhibit A** is a true and correct copy of the minute order from the Riverside Superior Court in the aforementioned case retrieved from the Court docket in that matter showing that the criminal matter has resolved in a finding of guilt against Todd Rosenschein.

I declare under penalty of perjury under the laws of the State of California that the foregoing declaration is true and correct. Executed October 9, 2018 at Santa Ana, California.

/s/ Allen Christiansen
ALLEN CHRISTIANSEN

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Coleen Ludvigson, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On October 9, 2018, I served the foregoing **DEFENDANTS' REQUEST TO LIFT STAY;** on the interested parties in this action:

Keith H. Rutman, Esq.
501 West Broadway, Suite 1650
San Diego, CA 92101-3541
Attorney for Plaintiff Todd Rosenschein

\_\_\_\_ (By Mail) I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

\_\_\_\_ (By Facsimile Service) I caused such envelope/document to be delivered via facsimile to the office of the addressee.

XXX (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

XXX (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 9, 2018, at Santa Ana, California.

/s/ Coleen Ludvigson
Coleen Ludvigson