1
2
3  JS-5
4
5
6
7
8
9            UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA
11
12  TODD ROSENSCHEIN                )   No. 5:16-cv-02102 FMO (DTBx)
                                    )
         Plaintiff,                 )   Hon. Fernando M. Oguin
13                                  )
    vs.                             )   [PROPOSED] ORDER;
14                                  )
    CITY OF MURIETTA, MURIETTA      )
15  POLICE OFFICERS MIKOWSKI,       )
    SFORZINI, and DOES 1 to 15.     )
16                                  )
         Defendants.                )
17  _____  )
18
19
20
21
22
23
24
25
26
27
28  ///

---

[PROPOSED] ORDER

The Court is in receipt of Defendants' request to lift the stay in this matter. After consideration of Defendants' request, as a result of the resolution of the related criminal matter of People v. Rosenschein, Case No. SWF1600966 (Riverside Cty. Super. Ct. 2016) and with GOOD CAUSE SHOWING:

IT IS HEREBY ORDERED:

1. The stay in this matter is hereby lifted;
2. That Defendants shall file a responsive pleading within 21 days of the signing of this order.

IT IS SO ORDERED.

DATED:  October 15  , 2018              /s/
                                              Honorable Fernando M. Olguin
                                              United States District Court Judge

[PROPOSED] ORDER